UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITAL PROMOTIONS, L.L.C., | ) | |
| a Limited Liability Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-0048HEA |
| | ) | |
| DON KING PRODUCTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court pursuant to Plaintiff Capital Promotions, L.L.C.'s ("Plaintiff") Motion to Compel [Doc. No. 24]. Plaintiff's Motion to Compel involves the following issues: (1) Plaintiff's right to the financial statements of Don King Productions ("DKP") regarding heavyweight bouts from 2000 through February, 2005; (2) Plaintiff's right to bout agreements and promotions agreements for heavyweight championship bouts from 2000 to February, 2005; (3) Plaintiff's right to tax returns of DKP for 2004 and 2005; (4) Plaintiff's right to the telephone records of DKP, Don King and Bobby Goodman for the year 2004; and (5) DKP's answer to Interrogatory 3. The Court has carefully reviewed Plaintiff's Motion [Doc. No. 24] and DKP's Opposition to the Motion to Compel [Doc. No. 28].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Capital Promotions, L.L.C.'s Motion to Compel is **DENIED** at this time.

Dated this m 25th day of May, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE